**630**

**UNITED STATES of America,**
**Appellant**

v.

**FIDELITY AND CASUALTY CO.**
**of New York.**

**No. 17277.**

United States Court of Appeals
Eighth Circuit.

March 1, 1963.

Miles W. Lord, U. S. Atty., and John J. J. Connelly, Asst. U. S. Atty., for appellant.

W. M. Lasley and John R. Murphy, Sp. Asst. Atty. Gen., for appellee.

PER CURIAM.

Appeal from District Court dismissed on dismissal of appeal by appellant.

**OAKWOOD CORPORATION et al.,**
**Plaintiffs-Appellants,**

v.

**UNITED STATES OF AMERICA and**
**Management Services, Inc.,**
**Defendants-Appellees.**

**No. 15086.**

United States Court of Appeals
Sixth Circuit.

April 10, 1963.

William C. Wilson, Knoxville, Tenn., (E. L. Joyce, Oak Ridge, Tenn., on the brief), for appellants.

Stephen B. Swartz, Dept. of Justice, Washington, D. C. (Joseph D. Guilfoyle, Acting Asst. Atty. Gen., J. H. Reddy, U. S. Atty., Alan S. Rosenthal, Attorney, Dept. of Justice, Washington, D. C., on the brief), for appellees.

Before McALLISTER, Senior Circuit Judge, O'SULLIVAN, Circuit Judge, and MILLER, District Judge.

ORDER.

This Matter came on to be heard upon the briefs of the respective parties, the record on appeal, and the arguments of counsel, and upon due consideration thereof this Court is of the opinion that the order of the District Court granting defendants' motion for summary judgment should be affirmed.

Now, Therefore, It Is Ordered that, for the reasons set forth in the memorandum opinion of District Judge Robert L. Taylor, the judgment of the district court may be, and it is, hereby affirmed.

**UNITED STATES of America,**
**Appellee,**

v.

**Christopher J. TAYLOR, Appellant.**

**No. 324, Docket 28089.**

United States Court of Appeals
Second Circuit.

Argued April 16, 1963.

Decided April 16, 1963.

Archibald A. Patterson, New York City, for appellant.

James M. Brachman, Asst. U. S. Atty., So. District of New York (Robert M. Morgenthau, U. S. Atty., and Arnold N. Enker, Asst. U. S. Atty., on the brief), for appellee.

Before SMITH, KAUFMAN and MARSHALL, Circuit Judges.

PER CURIAM.

The judgment of conviction is affirmed in open court. The sole question on appeal is the adequacy of the charge on wilfulness, which we hold sufficient. Spies v. United States, 317 U.S. 492, 497, 498, 63 S.Ct. 364, 87 L.Ed. 418 (1943).